# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANON SHANNON, | : | Civil No.: 1:11-CV-01015 |
| Petitioner, | : | (Judge Conner) |
| v. | : | |
| JEFFREY N. DILLMAN, *et al.*, | : | |
| Defendants. | : | |

## ORDER
May 3, 2021

**IT IS ORDERED THAT** a telephonic status conference concerning the referral of this matter to the undersigned, for a settlement conference, is scheduled for **May 11, 2021 at 11:00 a.m.**. The Court will distribute conference call-in instructions to counsel in due course.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge