IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANON SHANNON, | : | Civil No.: 1:11-CV-01015 |
| | : | |
| Petitioner, | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Schwab) |
| | : | |
| JEFFERY N. DILLMAN, *et. al*, | : | |
| | : | |
| Respondents. | : | |

### ORDER
May 11, 2021

Following a telephone conference with counsel of record, and upon agreement of the same, **IT IS ORDERED** that, on or before **May 21, 2021**, counsel for the petitioner shall submit a confidential settlement memorandum, attaching his demand, to counsel for the respondents and to my Chambers, by email, at [magistrate_judge_schwab@pamd.uscourts.gov](mailto:magistrate_judge_schwab@pamd.uscourts.gov).  Counsel for the respondents shall, on or before **June 4, 2021**, submit their responsive confidential settlement memorandum, attaching their offer letter(s), to counsel for the petitioner and to my Chambers email address, as previously set forth. Neither the letters nor the settlement memoranda should be filed on the Court's docket.

In the settlement memoranda, the parties shall provide a specific recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties'

position on settlement, including a report on settlement efforts to date. If not already part of the Court's record, copies of any critical agreements, business records, photographs or other documents or exhibits shall be attached to the settlement memoranda. The memoranda, though, should not be lengthy; instead, they should contain enough information to be useful in analyzing the factual and legal issues in this case.

IT IS FURTHER ORDERED that the court will conduct another telephone conference with counsel, concerning their submissions, on **Thursday, June 10, 2021, at 10:00 a.m.**, with counsel for the petitioner to initiate the call to Chambers at (717)221-3980, once both counsel are on the line and prepared to proceed.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge