## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANON SHANNON, | : | Civil No.: 1:11-CV-01015 |
| | : | |
| Petitioner, | : | (Judge Conner) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| | : | |
| JEFFERY N. DILLMAN, *et. al*, | : | |
| | : | |
| Respondents. | : | |

### ORDER
August 23, 2021

Upon consideration of the parties' fifth joint report (*doc. 37*) concerning the

status of settlement discussions and a request for additional time to obtain consents,

**IT IS ORDERED** that the request is **GRANTED**.  The parties shall file another joint

status report on or before **September 23, 2021**.


*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge