IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANON SHANNON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-1015 |
| | ) | |
| JEFFREY N. DILLMAN and | ) | Hon. Christopher C. Conner |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Petitioner Emanon Shannon, by and through his counsel, Lynn A. Ellenberger of Fegan Scott LLC, and Respondents Jeffrey N. Dillman and the Attorney General of Pennsylvania, by and through their counsel, Assistant District Attorney Ryan Lysaght of the Dauphin County District Attorney's Office, file this joint stipulation of dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing this matter with prejudice.   On January 11, 2022, in *Commonwealth v. Shannon,* No. CP-22-CR-0002306-2005, Judge Tully of the Court of Common Pleas of Dauphin County resentenced Mr. Shannon in accordance with the terms of the Parties' Confidential Settlement Agreement.

Dated:   January 19, 2022                                                  Respectfully submitted,

 

                                                               By:   /s/ *Lynn A. Ellenberger*
                                                                Lynn A. Ellenberger
                                                                 **FEGAN SCOTT LLC**
                                                                500 Grant St., Suite 2900
                                                                 Pittsburgh, PA 15219
                                                                 Phone: 412.346.4104

Fax:    312.264.0100
lynn@feganscott.com

Counsel for Petitioner Emanon Shannon

and

By:   */s/ Ryan H. Lysaght*
Ryan H. Lysaght
Dauphin County District Attorney's Office
101 Market Street
Harrisburg, PA 17101
Phone: 717.780.6767
rlysaght@dauphinc.org

Counsel for Respondents